IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**

CHRISOPHER STOLLER,

JUL - 1 2019

Plaintiff,

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

v.   Case No: 19 cv 140

Costco Wholesale Corporation, et al

Judge Dow

## Motion for Certification under Rule 54(b)[12] for Appeal.

There are serious effects of an erroneous order denying a Plaintiff's Motion to compel notices of depositions, discovery sanctions, disqualifying or refusing to disqualify counsel, there is much force to the argument that immediate appeal is necessary in order to settle the issue justly and efficiently, once and for all. At present, the majority of the circuits hold orders granting and denying such motions appealable **by right**[13].

---

I.  [12] **Rule 54(b) of the Federal Rules of Civil Procedure provides** that when an action presents more than one claim for relief the Court may enter final judgment as to one or more, but fewer than all the claims, when the Court determines there is no just reason for delay. The discretionary power of a district court to enter a Rule 54(b) judgment may be exercised on the court's own motion or on Plaintiff's motion.

Lastly, the miscellaneous factors favor an immediate appeal of this court's denial of Planitiff's Motion to Disqualify. The, the litigants are best served by allowing an immediate appeal.

[13] Orders granting disqualification motions have long been held appealable. *See, e.g.,* New Mexico v. Aamodt, **537 F.2d** 1102, 1106 (10th Cir. **1976**); *In re* Gopman, **531 F.2d** 262 (5th Cir. **1976**); Brown v. Miller, **286 F.2d** 994 **(D.C. Cir. 1923).** As for orders *denying* disqualification, eight circuits now hold them appealable. See Silver Chrysler Plymouth, Inc. v. Chrysler Motors Corp., **496 F.2d** 800 (2d Cir. **1974**); Greene v. Singer Co., **509 F.2d** 750 (3d Cir. **1971**), *cert. denied,* 409 **U.S. 848 (1972)**; Mackeithan v. Peat, Marwick, Mitchell **&** Co.,

14

    Wherefore Plaintiff requests Rule 54(b) of the Federal Rules of Civil Procedure of the courts Order.

    To grant the Plaintiff any other relief that the court feels is just and proper.

Respectively Submitted<br>
/s/Christopher Stoller E.D.<br>
415 Wesley Suite 1<br>
Oak Park, Illinois 60302<br>
773-746-3163

---

**557 F.2d 395** (4th Cir. **1977)**; Tomlinson v. Florida Iron & Metal Co., **291 F.2d 333** (5th Cir. **1961)**; Melamed v. **ITT** Continental Baking Co., 534 **F.2d 82** (6th Cir. **1976)**; Schloetter v. F.2d 602 (8th Cir. 1977); Fullmer v. Harper, 517 F.2d 20, 21 (10th Cir. 1975). Two circuits have held such orders unappealable. *See* Community Broadcasting of Boston, Inc. v. FCC, 546 F.2d 1022 (D.C. Cir. 1976); Cord v. Smith, 338 F.2d 516, 521-22 (9th Cir. 1964), *clarified,* 370 F.2d 418 (9th Cir. 1966). Railoc of **Ind.**, Inc., 546 **F.2d 706, 709** (7th Cir. **1976)**; Fred Weber, Inc. v. Shell Oil Co., **566**

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISOPHER STOLLER,<br><br>    Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, James Hamilton, W. Craig Jelinch, Richard Galanti, Ron Galanti, Ron Vachri, Paul Moulton, Franz Lazarus, John McKay, James Murphy, Joseph Portera, Timothy Rose, Dennis Zook, Kenneth Denman, Chris Barbarino, Jeff Erickson, Greg Killian, Matt Harris, Christine Carlson, Patricio Omar Chavez, Gallager Basset Services, Inc., Tony Salerno **(Costco Defendants)**<br>Ronald M. Serpico, Mary Ann Paolantonio, Anthony N. Abruzzo, Sonny Hicotera, Jaime Angulano, Mary Ramiez Taconi, Arturo Mota, Anthony J. Prignano, Village of Melrose Park, Melrose Park Police Department, Sam C. Pitassi, Officer Michael DeCarlo Jr, Officer Marco Flores, Damico Law<br>**(Melrose Park Defendants)**<br>Law Offices of Lisa T Damico Esq., Lisa T Damico<br>**(Damico Defendants)**<br>**Lipe Lyons Murphy Nahrstadt & Pontikis Ltd, Jeffrey H. Lipe, Raymond Lyons,Jr., Edward J. Murphy, Bradley C. Nahrstadt, Thomas J. Pontikis,**<br>**(Lipe Defendants)**<br>Daniel K. Cray, Jordan K. Cray, Cray Huber Horstman Heil & Cray Huber Horstman Heil & VanAusdal LLC<br>**(Cray Defendants)**<br>Attorneys, Assignees, agents John Doe's 1-thru 10,<br>    Defendants. | Case No: 19 cv 140<br><br>**Judge Dow**<br><br>**JURY DEMAND**<br><br>Judge Dow |

**PLAINTIFF'S NOTICE OF DEPOSITION FOR DEFENDANT DANIEL GRAY.**

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

1

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the video deposition of defendant Daniel Gray on July 1, 2019 **at 10:00AM** at 500 N. Michigan Ave. Suite 600., Chicago, Illinois 60611 or other agreed upon location. If the deposition is not completed on July 01 st, 2019, it will be continued from day to day, excluding Sundays and holidays, until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a notary public or other person authorized to administer oaths under applicable law, it will be video taped and will be conducted pursuant to Federal Rule of Civil Procedure 30. Pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, Plaintiffs will record the deposition testimony by videotape and instant visual display. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

The deponent is directed to produce and permit inspection and copying of notes, drafts, memos, interviews with **Jeffrey H. Lipe, Raymond Lyons,Jr.,Edward J. Murphy, Bradley C. Nahrstadt, Thomas J. Pontikis related to the drafting of their affidavits,** all emails between Lipe Lyons law firm employee's, letters, communications and all communications relating to the pending litigation concerning the preparation of the affidavits, any notes concerning his interviews. All of these documents are exempt under the Crime Fraud Acceptation. Retainer agreement with the Lipe firm and your insurance carrier.. Identify your firms errors and omissions carrier and all copies of any communications as between the errors and omission carrier and the Gray firm regarding this litigation.

**MEET AND CONFER: If the Defendants' are not going to produce Daniel Gray, at the time and place specified, Defendants are required to notify the Plaintiff within 24 hours of receipt of this notice in order for the Plaintiff to file a Motion to Compel.**

/s/ Christopher Stoller E,D,
415 Wesley Suite 1
Oak Park, Illinois 60302
773-746-3163
Email cns40@hotmail.com
Ldms4@hotmail.com

**Certificate of Service**

Jordan K. Cray, Daniel K. Cray
Cray Huber Horstman Heil & VanAusdal LLC
303 West Madison , Suite 2200
Chicago, Illinois 60606
Email address jkc@crayhuber.com

K. Austin Zimmer, Sean M. Sullivan
Del Galdo Law Group LLC
1441 S. Harlem Ave
Berwyn, Illinois 60402 Ave

2

zimmer@dlglawgroup.com

**James A. Garfield, John W. Patton, Jr.**
**Jayne E. Bart-Plange**
**David F. Ryan**
**Patton & ryan LLC**
330 N. Wasbash Ave Suite 3800
Chicago, Illinois 60611
jgarfield@pattonryan.com

**Michael J. Kralovec**
**Kralovec Meenan LLP**
533 Wesst Jackson blvd. Suite 1102
Chicago, Illinois 60604
mkralovec@nlklaw.com


David F. Ryan    dryan@pattonryan.com, jgrady@pattonryan.com

James Alexander Garfield    jgarfield@pattonryan.com, sdusold@pattonryan.com

Jayne Bart-Plange    jbart-plange@pattonryan.com, sdusold@pattonryan.com

John William Patton , Jr    jpatton@pattonryan.com, lbialek@pattonryan.com

Jordan Keith Cray    jkc@crayhuber.com, janet@crayhuber.com

K. Austin Zimmer    zimmer@dlglawgroup.com, docketing@dlglawgroup.com

Michael Joseph Kralovec    mkralovec@nlklaw.com

Philip M. Kiss    philip_kiss@comcast.net, kissecretary@comcast.net

Sean Michael Sullivan    sullivan@dlglawgroup.com, docketing@dlglawgroup.com, sean.sullivanlaw@gmail.com

mhd@crayhuber.com
djf@crayhuber.com
swh@crayhuber.com
mdh@crayhuber.com
dek@crayhuber.com
akl@crayhuber.com
arm@crayhuber.com
kso@crayhuber.com
sdp@crayhuber.com
dnr@crayhuber.com
zgs@crayhuber.com
jas@crayhuber.com

rev@crayhuber.com
rww@crayhuber.com
mxy@crayhuber.com

I caused to be served on the above name parties the foregoing via first class mail and/or electronically on June 22, 2019.

/s/ Christopher Stoller E.D.
415 Wesley Suite 1
Oak Park, Illinois 60302
773-746-3163

4

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISOPHER STOLLER,<br><br>    Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, James Hamilton, W. Craig Jelinch, Richard Galanti, Ron Galanti, Ron Vachri, Paul Moulton, Franz Lazarus, John McKay, James Murphy, Joseph Portera, Timothy Rose, Dennis Zook, Kenneth Denman, Chris Barbarino, Jeff Erickson, Greg Killian, Matt Harris, Christine Carlson, Patricio Omar Chavez, Gallager Basset Services, Inc., Tony Salerno **(Costco Defendants)**<br>Ronald M. Serpico, Mary Ann Paolantonio, Anthony N. Abruzzo, Sonny Hicotera, Jaime Angulano, Mary Ramiez Taconi, Arturo Mota, Anthony J. Prignano, Village of Melrose Park, Melrose Park Police Department, Sam C. Pitassi, Officer Michael DeCarlo Jr, Officer Marco Flores, Damico Law<br>**(Melrose Park Defendants)**<br>Law Offices of Lisa T Damico Esq., Lisa T Damico<br>**(Damico Defendants)**<br>**Lipe Lyons Murphy Nahrstadt & Pontikis Ltd, Jeffrey H. Lipe, Raymond Lyons,Jr., Edward J. Murphy, Bradley C. Nahrstadt, Thomas J. Pontikis,**<br>**(Lipe Defendants)**<br>Daniel K. Cray, Jordan K. Cray, Cray Huber Horstman Heil & Cray Huber Horstman Heil & VanAusdal LLC<br>**(Cray Defendants)**<br>Attorneys, Assignees, agents John Doe's 1-thru 10,<br>    Defendants. | Case No: 19 cv 140<br><br>**Judge Dow**<br><br>**JURY DEMAND**<br><br>Judge Dow |

**PLAINTIFF'S NOTICE OF DEPOSITION FOR DEFENDANT GORDON GRAY.**

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

1

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the video deposition of defendant Gordon Gray on July 1, 2019 **at 10:00AM** at 500 N. Michigan Ave. Suite 600., Chicago, Illinois 60611 or other agreed upon location. If the deposition is not completed on July 01 st, 2019, it will be continued from day to day, excluding Sundays and holidays, until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a notary public or other person authorized to administer oaths under applicable law, it will be video taped and will be conducted pursuant to Federal Rule of Civil Procedure 30. Pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, Plaintiffs will record the deposition testimony by videotape and instant visual display. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

The deponent is directed to produce and permit inspection and copying of notes, drafts, memos, interviews with **Jeffrey H. Lipe, Raymond Lyons,Jr.,Edward J. Murphy, Bradley C. Nahrstadt, Thomas J. Pontikis related to the drafting of their affidavits,** all emails between Lipe Lyons law firm employee's, letters, communications and all communications relating to the pending litigation concerning the preparation of the affidavits, any notes concerning his interviews. All of these documents are exempt under the Crime Fraud Acceptation. Retainer agreement with the Lipe firm and your insurance carrier.. Identify your firms errors and omissions carrier and all copies of any communications as between the errors and omission carrier and the Gray firm regarding this litigation.

**MEET AND CONFER: If the Defendants' are not going to produce Gordon Gray, at the time and place specified, Defendants are required to notify the Plaintiff within 24 hours of receipt of this notice in order for the Plaintiff to file a Motion to Compel.**

/s/ Christopher Stoller E,D,
415 Wesley Suite 1
Oak Park, Illinois 60302
773-746-3163
Email cns40@hotmail.com
Ldms4@hotmail.com

**Certificate of Service**

Jordan K. Cray, Daniel K. Cray
**Cray Huber Horstman Heil & VanAusdal LLC**
**303 West Madison , Suite 2200**
**Chicago, Illinois 60606**
Email address jkc@crayhuber.com

K. Austin Zimmer, Sean M. Sullivan
**Del Galdo Law Group LLC**
**1441 S. Harlem Ave**
**Berwyn, Illinois 60402 Ave**

2

zimmer@dlglawgroup.com

**James A. Garfield, John W. Patton, Jr.**
**Jayne E. Bart-Plange**
**David F. Ryan**
**Patton & ryan LLC**
330 N. Wasbash Ave  Suite 3800
Chicago, Illinois 60611
jgarfield@pattonryan.com

**Michael J. Kralovec**
**Kralovec Meenan LLP**
533 Wesst Jackson blvd. Suite 1102
Chicago, Illinois 60604
mkralovec@nlklaw.com


David F. Ryan     dryan@pattonryan.com, jgrady@pattonryan.com

James Alexander Garfield     jgarfield@pattonryan.com, sdusold@pattonryan.com

Jayne Bart-Plange     jbart-plange@pattonryan.com, sdusold@pattonryan.com

John William Patton , Jr     jpatton@pattonryan.com, lbialek@pattonryan.com

Jordan Keith Cray     jkc@crayhuber.com, janet@crayhuber.com

K. Austin Zimmer     zimmer@dlglawgroup.com, docketing@dlglawgroup.com

Michael Joseph Kralovec     mkralovec@nlklaw.com

Philip M. Kiss     philip_kiss@comcast.net, kissecretary@comcast.net

Sean Michael Sullivan     sullivan@dlglawgroup.com, docketing@dlglawgroup.com, sean.sullivanlaw@gmail.com

mhd@crayhuber.com
djf@crayhuber.com
swh@crayhuber.com
mdh@crayhuber.com
dek@crayhuber.com
akl@crayhuber.com
arm@crayhuber.com
kso@crayhuber.com
sdp@crayhuber.com
dnr@crayhuber.com
zgs@crayhuber.com
jas@crayhuber.com

3

rev@crayhuber.com
rww@crayhuber.com
mxy@crayhuber.com

I caused to be served on the above name parties the foregoing via first class mail and/or electronically on June 22, 2019.

/s/ Christopher Stoller E.D.
415 Wesley Suite 1
Oak Park, Illinois 60302
773-746-3163

4

# EXHIBIT 2

### Re: NOTICE OF DEPOSITIONS OF DANIEL CRAY AND GORDON CRAY

Sun 6/30/2019 5:38 PM

6 attachments (32 MB)
Notice of deposition Daniel Gray3.pdf; Notice of deposition Gordon Gray.pdf; Amended complaint filed 5-30-19.pdf; Daniel Cray.jpg; Jordan K. Cray.jpg; deposition3.jpg;

**Sent:** Sunday, June 30, 2019 4:05 PM
**To:** dkc@crayhuber.com; jkc@crayhuber.com; et al
**Subject:** Re: NOTICE OF DEPOSITIONS OF DANIEL CRAY AND GORDON CRAY

Re: Stoller v. Costco  Illinois District Court Case No. 19-cv-140
 Meet and Confer regarding
 Notices of depositions that were served upon Attorneys Daniel Gray and Gordon Gray on June 22, 2019 for depositions on July 1, 2019

Mr. Daniel Gray
Mr. Gordon Gray

In view of the fact that you have not filed your Motion to Quash the plaintiff's deposition notices, can you please confirm that you will be attending the Plaintiff's depositions. We have heard nothing from you,  Mr. Daniel Gray or Gordon Gray?

Otherwise we will be forced to seek court intervention.

Cordially

Christopher Stoller

**Subject:** Re: NOTICE OF DEPOSITIONS OF DANIEL CRAY AND GORDON CRAY

Re: Stoller v. Costco

Deposition Notices for Daniel Gray and Gordon Cray

F

May 30th 2019
Mr. Daniel Cray Esq
Mr. Jordon Cray Esq

Re: Cray Huber disqualification to represent Lipe Firm Stoller v. Costco

Today the Plaintiff Christopher Stoller filed an amended complaint naming you law firm Cray Huber as well as Daniel Cray and Jordon Cray as defendants. Charging Bradley C Nahrstadt with perjury, false swearing, for signing the Declaration dated April 8th, 2019. You and your firm are charged with **subornation of perjury**.

You and your firm are now witnesses and are disqualified to represent Nahrstadt and his crew. Further you will not be able to hide under attorney client privilege, under the Crime fraud exception, after 35 years experience in the law, you are well familiar with the crime fraud exception.

We are extending you the opportunity to voluntarily with draw your frivolous Rule 11, which is based on the declaration of Defendant Nahrstadt and to withdraw from the representation of the Lipe firm by 12 noon May 31, 2019.

As the director of the Americans for the Enforcement of Attorney Ethics (AEAE) I will be compelled to file attorney disbarment complaints against you and each member of your firm should not take the necessary remedial actions proscribed herein.

Please advise each member of your law firm and your errors and omissions carrier.

Act Accordingly,

Christopher Stoller ED Director
Americans for the Enforcement of Attorney Ethics (AEAE)